ROBERT W. HILL, JR. *v.* CHERYL LYNN HILL

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 452, is denied.

*Wesley W. Horton,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* WILSON ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 801, is denied.

*Thomas Ullman,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* BENJAMIN E. RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 802, is denied.

*Mark Rademacher,* in support of the petition.

Decided September 19, 1991

BERNARD FISHER *v.* JEAN FISHER

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 82, is denied.

*L. Paul Sullivan,* in support of the petition.

*C. Ian McLachlan,* in opposition.

Decided September 19, 1991